UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-32783 |
| Terri Pingle Lyons | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Debtor's Motion For Civil Contempt against Home Medical Express, Inc. d/b/a Action Medical Equipment, and Scheduling Hearing Regarding the Debtor's Damages**

IT IS HEREBY ORDERED:

1. The Motion for Civil Contempt is granted.

2. Home Medical Express, Inc. d/b/a Action Medical Equipment is found to have willfully violated the discharge injunction in this case by attempting to collect a debt that was discharged in the Debtor's bankruptcy case.

3. An evidentiary hearing regarding the Debtor's damages is set for March 9, 2015 at 10:00 a.m. in courtroom 619, 219 South Dearborn Street, Chicago, Illinois 60604.

Enter:   *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:   2-27-15